UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number 22- |
| v. | : | |
| BOMANI AFRICA, a/k/a "Baxter Keys" | : | **WAIVER OF INDICTMENT** |

I, BOMANI AFRICA, a/k/a "Baxter Keys," the above-named defendant, who is charged with conspiring to travel in interstate commerce and using facilities of interstate commerce with the intent to commit murder-for-hire, contrary to N.J.S.A. 2C:11-3, in violation of Title 18, United States Code, Section 1958, being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on January 26, 2022, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____  *by Bruce D. Koffsky Esq. after discussion and with consent of Client.*
BOMANI AFRICA

_____
BRUCE KOFFSKY, ESQ.
Counsel for the Defendant

Before: _____
HONORABLE JOHN M. VAZQUEZ
United States District Judge