**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** 1/26/22
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET #** 22-50

UNITED STATES OF AMERICA
        vs.

Bonani Africa

**APPEARANCES:**

Sean Farrell, AUSA
Lee Cortes, AUSA
Bruce Koffsky, Esq. for Defendant.
Defendant present by ZOOM video conferencing

**Nature of Proceedings**:   WAIVER OF INDICTMENT, PLEA & INITIAL APPEARANCE

Defendant sworn.
Defendant consented to participate by ZOOM video conference.
Order issued.
Waiver of indictment filed.
INFORMATION filed.
PLEA:  GUILTY TO Count One of the information.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Plea agreement to be entered.
Rule 11 filed.
Ordered sentencing set for 6/7/22 at 2:00.
Motion for appointment of CJA counsel of Bruce Koffsky, Esq.
Court granted the motion for CJA appointment as of today's date.
Order to issue.
Order of detention issued.

**Time Commenced: 2:00**
**Time Adjourned: 3:00**
**Total Time: 1:00**

                                            RoseMarie Olivieri
                                            SENIOR COURTROOM DEPUTY