# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>BOMANI AFRICA | Criminal No. 22-50 (JMV)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on February 3, 2023, the United States submitted sentencing materials to the Court in this case concerning the defendant Bomani Africa.

                                                  PHILIP R. SELLINGER
                                                  United States Attorney

By:    /s/ Sean Farrell
           Sean Farrell
           Assistant U.S. Attorney