

485 Route 1 South • Bldg E • Suite 300 • Iselin • NJ • 08830

Ted Sherman | Staff Writer

tsherman@njadvancemedia.com • (732) 902-4562

February 9, 2023

Hon. John Michael Vazquez
U.S. District Judge for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

Dear Judge Vazquez:

I am a reporter for The Star-Ledger and NJ.com and am seeking the release of the sentencing memoranda filed with the court for George Bratsenis in 2:22-cr-00199 in advance of his February 22 sentencing, and Bomani Africa in 2:22-cr-00050 in advance of his February 23 sentencing.

As per the District Court's protocol for requesting sentencing memoranda, attached is a Request-for-Disclosure form. I will be sending copies to all counsel of record in the case.

Thank you for your consideration.

Sincerely,

Ted Sherman
Staff Writer