UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. BOMANI AFRICA, Crim. No. 22-50 (JMV)

---

PETITION FOR
WRIT OF HABEAS CORPUS

1. **BOMANI AFRICA**, DOB: XXXX, REGISTER NUMBER: 72097-066, is now confined at Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863-1506.

2. Said individual will be required to appear **IN PERSON** on **Thursday, February 23, 2023, at 12:00 p.m.** before the Honorable John Michael Vazquez, United States District Judge, in the above-captioned matter for purposes of a sentencing hearing.

3. Said individual will be picked up and transported by agents of the Federal Bureau of Investigation, who will pick up the individual from Wyatt Detention Facility on **Wednesday, February 22, 2023 at 8 a.m.**

A Writ of Habeas Corpus should be issued for that purpose.

DATED:  February 14, 2023

*s/Lee M. Cortes, Jr.*
LEE M. CORTES, JR.
ASSISTANT U.S. ATTORNEY

---

**ORDER**

Let the Writ Issue.

DATED:  February 14, 2023

HON. JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

---

**WRIT OF HABEAS CORPUS**

The United States of America to the Wyatt Detention Facility, Central Falls, RI

WE COMMAND YOU that you have the body of

**BOMANI AFRICA, DOB: XXXX, REGISTER NUMBER: 72097-066**,

now confined at the **Wyatt Detention Facility**, be brought before the United States District Court **IN PERSON** on Thursday, February 23, 2023 at 12:00 p.m., so that he may appear for a **Sentencing Hearing** in the above-captioned matter before the Honorable John Michael Vazquez, United States District Judge.  Said individual will be picked up and transported by agents of the Federal Bureau of Investigation, who will pick up the individual from Wyatt Detention Facility on **Wednesday, February 22, 2023 at 8 a.m.**

WITNESS    Honorable John Michael Vazquez
                 United States District Judge
                 Newark, New Jersey

DATED:  February 14, 2023                           WILLIAM T. WALSH
                                                              Clerk of the U.S. District Court
                                                              for the District of New Jersey

                                                              Per: _____
                                                               Courtroom Deputy – RoseMarie Olivieri