

February 14, 2023


Honorable John Michael Vazquez
U.S. District Court Judge, District of New Jersey
Frank Lautenberg Post Office and U.S. Courthouse
2 Federal Square
Newark, New Jersey  07102


Dear Judge Vazquez:

In accordance with the U.S. District Court's protocol for public disclosure of sentencing materials and on behalf of the New Jersey Globe, I am seeking the release of all sentencing memoranda filed with the Court in the following matters:

1.  USA v. BRATSENIS (2:22-cr-00199-JMV), in advance of his 3/29/2023 sentencing
2   USA v. AFRICA (2:22-cr-00050-JMV), in advance of his 2/23/2023 sentencing

Thank you,

Sincerely,


David Wildstein
Editor, New Jersey Globe

cc: Sean Farrell, Assistant U.S. Attorney
    Charles L. Kurmay
    Bruce D. Koffsky