DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Bomani Africa<br>Defendant(s). | Criminal No. 2:22-cr-00050<br><br>**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**<br>**(Requestor Not Represented by Counsel)** |

I, __Ashley Balcerzak__, wish to obtain a copy of the sentencing materials submitted to the Court on __02/03/2023__ in this case as to defendant, __Bomani Africa__. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: __balcerzaka@northjersey.com__
Address: _____
_____
_____
_____

By: __Ashley Balcerzak__
Reporter for The Record/NorthJersey.com