DNJ-Cr-023 (09/2017)

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

2023 FEB 21  P 12: 31

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Bomani Africa<br>Defendant(s). | Criminal No. 2:22-cr-00050<br><br>**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**<br>**(Requestor Not Represented by Counsel)** |

I, Sophie Nieto-Munoz, wish to obtain a copy of the sentencing materials submitted to the Court on 02/03/2023 in this case as to defendant, Bomani Africa. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: smunoz@newjerseymonitor.com

Address: _____

By: Sophie Nieto-Munoz
    /s/ Sophie Nieto-Munoz