

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*    973-645-2700
*Newark, New Jersey 07102*

February 21, 2023

Honorable John M. Vazquez
United States District Judge
U.S. Post Office and Courthouse
One Federal Square
Newark, NJ 07102

      Re:    *United States v. Bomani Africa*, Crim. No. 22-50 (JMV)
             *United States v. George Bratsenis*, Crim. No. 22-199 (JMV)

Dear Judge Vazquez:

      Members of the media have requested the Government's sentencing submissions in these matters, and the Court has ordered counsel to file their response on or before February 21, 2023. In accordance with the Court's protocol for the disclosure of sentencing materials, the Government and counsel for both defendants have conferred regarding what non-public information should be redacted from the Government's sentencing submissions. The parties have agreed on the redactions, and the Government intends to transmit the redacted versions of the Government's sentencing submissions to those individuals who requested them. The Government also will transmit a copy of the redacted sentencing submissions to the Court.

      Respectfully submitted,

      PHILIP R. SELLINGER
      United States Attorney

      */s/ Lee M. Cortes, Jr.*
By:  Lee M. Cortes, Jr.
      Executive Assistant U.S. Attorney

cc:  Bruce Koffsky, Esq. (*via ECF*)
     Charles Kurmay, Esq. (*via ECF*)