DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BOMANI AFRICA<br><br>Defendant(s). | Criminal No.  2:22-CR-050 (JMV)<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on this date, defendant BOMANI AFRICA submitted sentencing materials to the Court in this case.

Date:   02/22/2023

By:   /s/ Bruce D. Koffsky, Esq.
      Bruce D. Koffsky